1
2
3
4
5
6
7

8     **UNITED STATES DISTRICT COURT**

9     **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

10    AGUSTIN MONTEMAYOR, an
      individual, and MARILOU
11    MONTEMAYOR, an individual,

12             Plaintiff,

13    v.

14    OCWEN MORTGAGE SERVICING, INC.,
      AS LENDER; THE MORTGAGE LAW
15    FIRM, PLC, AS TRUSTEE; AND
      MORTGAGE ELECTRONIC
16    REGISTRATION SYSTEM aka MERS, AS
      NOMINEE; AND DOES 1 TO 100
17    INCLUSIVE,

18             Defendants.

19

20

Case No: 2:15-CV-02593-JAM-CKD PS

Hon. District Judge John A. Mendez

**ORDER APPROVING
STIPULATION TO DISMISS
COMPLAINT PURSUANT TO
FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(ii)**

**Hearing:**  [No Hearing Required]

State Court Case No. FCS046198
Action Filed:   November 6, 2015
Trial Date:      NA

21        The Court having considered the *Stipulation to Dismiss Complaint Pursuant to*

22    *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and

23    between *plaintiffs* Agustin Montemayor and Marilou Montemayor and *defendants*

24    Ocwen Loan Servicing, LLC (erroneously sued as Ocwen Mortgage Servicing, Inc.)

25    and Mortgage Electronic Registration Systems, Inc. (erroneously sued as Mortgage

26    Electronic Registration System aka MERS), and good cause appearing therefor,

27    /././

28    /././

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed as to all parties *with prejudice*.

**IT IS FURTHER ORDERED** that all future hearing dates in this action are hereby vacated.

**IT IS SO ORDERED**.


Dated:  2/12/2016              /s/ John A. Mendez_____

                              HON. JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

**ORDER ON STIPULATION TO DISMISS COMPLAINT**
623891.1